UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MANUEL HERNÁN VILLA-SÁNCHEZ,
incorrectly identified in the docket as
MANUEL DE JESUS DIAZ MARTINEZ,

Petitioner,

-against-

No. 26-cv-06131 (JMF)

KENNETH GENALO, et al.,

Respondents.

------------------------------------------------------------x

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Manuel Hernán Villa-Sánchez hereby voluntarily dismisses this action without prejudice.

No Respondent has served an answer or a motion for summary judgment. This Notice is therefore self-executing and requires no order of the Court.

Petitioner is confined at Delaney Hall in Newark, New Jersey, within the District of New Jersey.

In light of this voluntary dismissal, Petitioner respectfully submits that the conference scheduled for July 22, 2026, need not proceed.

Dated: July 21, 2026
White Plains, New York

Respectfully submitted,

s/ S. Michael Musa-Obregon

S. Michael Musa-Obregon
Musa-Obregon Law P.C.
Attorney for Petitioner

All deadlines are vacated and the conference scheduled for tomorrow is canceled. The Clerk of Court is directed to close the case. SO ORDERED.

July 21, 2026